# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COREY BEITLER** | : | **CIVIL ACTION** |
| *Petitioner, pro se* | : | |
| | : | **NO. 22-0804** |
| **v.** | : | |
| | : | |
| **KYLE RUSSELL,** *et al.* | : | |
| *Respondents* | : | |

# ORDER

**AND NOW,** this 15th day of August 2022, upon consideration of *pro se* Petitioner Corey Beitler's ("Petitioner") *petition for writ of habeas corpus*, [ECF 1], and after a careful and independent review of the Report and Recommendation issued by United States Magistrate Judge Scott W. Reid, [ECF 11], to which no objections were filed, is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;[1]

2. The petition for a writ of *habeas corpus* is **DISMISSED**, *without prejudice*;

3. There is no basis for the issuance of a certificate of appealability; and

4. The Clerk of Court shall mark this matter **CLOSED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

[1]    On July 21, 2022, Magistrate Judge Reid filed the Report and Recommendation ("R&R"), recommending that Petitioner's claims be dismissed, without prejudice, for failure to exhaust state remedies. [ECF 11]. Notably, Petitioner is currently awaiting trial on a charge of receiving stolen property and filed this *habeas* petition while in pretrial detention. As of the date of this Order, Petitioner has not filed any objections to the R&R, and the time to do so has expired. In the absence of any objections, a magistrate judge's report and recommendation is reviewed under the "plain error" standard. *See Facyson v. Barnhart*, 2003 WL 22436274, at *2 (E.D. Pa. May 30, 2003). Under this plain-error standard of review, a district court should only reject a report and recommendation if the magistrate judge committed an error that was "(1) clear or obvious, (2) affect[ed] 'substantial rights,' and (3) seriously affected the fairness, integrity or public reputation of judicial proceedings." *Leyva v. Williams*, 504 F.3d 357, 363 (3d Cir. 2007) (internal quotations and citations omitted). Here, after a thorough, independent review of the record and the R&R, this Court finds no error was committed by the Magistrate Judge and, therefore, approves and adopts the R&R in its entirety.